Charles E. Schaffer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut St., Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com

Gary E Mason
WHITFIELD BRYSON & MASON LLP 900 W.
1625 Massachusetts Ave., NW
Washington, DC 20036
Tel: 202-429-2290
Fax: 202-429-2294
gmason@wbmllp.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS PALAGANO, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION,**<br><br>Defendant. | Case No. 2:15-cv-01248-GP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |

WHEREAS, on March 12, 2015, Francis Palagano ("Plaintiff") filed a putative class action complaint against NVIDIA Corporation ("Defendant" or "NVIDIA") alleging violations of consumer protection laws and other common law claims (the "Complaint") in connection with the sale and marketing of one of NVIDIA's products, the GeForce GTX 970 ("GTX 970");

WHEREAS, seven related putative class action complaints arising out of NVIDIA's sale and marketing of the GTX 970 have been filed and consolidated in the U.S. District Court for the Northern District of California under the caption *In re NVIDIA GTX 970 Graphics Chip Litigation*, Lead Case No. 3:15-cv-00760-CRB (N.D. Cal.) (the "Related Consolidated Actions");

WHEREAS, in order to preserve party and judicial resources, the parties have attempted to coordinate this action with the Related Consolidated Actions;

WHEREAS, in light of those efforts, the parties have conferred and agree that extending the time for Defendant to respond to the Complaint is appropriate;

NOW WHEREFORE, IT IS HEREBY STIPULATED by the parties, through their counsel of record, and subject to Court approval, that the deadline for Defendant to answer or respond to the Complaint is extended to May 28, 2015.

Dated: April 22, 2015                                  Orrick, Herrington & Sutcliffe LLP

                                                       */s/ Christine M. Kosir*
                                                       CHRISTINE M. KOSIR
                                                       *Attorneys for Defendant*

*I, Charles E. Schaffer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order, and hereby attest that Christine M. Kosir has concurred in this filing.*

Dated: April 22, 2015                                  Levin, Fishbein, Sedran & Berman

                                                       */s/ Charles E. Schaffer*
                                                       CHARLES E. SCHAFFER
                                                       *Attorneys for Plaintiff*

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

It is so ORDERED.

DATED: 4/22/15

UNITED STATES DISTRICT JUDGE